UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In Re:  CAROLYN CHARLES CARRINGTON   :   CHAPTER 13
                                     :
        Debtors                      :
                                     :   Case No. 17-31281
                                     :
CAROLYN CHARLES CARRINGTON           :
        Movant                       :
                                     :
vs.      .                           :
                                     :
PROOF OF CLAIM #13                   :
PETRO, INC.              :
        Respondent                   :   Dated: MAY 8, 2018

**AMENDED OBJECTION TO PROOF OF CLAIM NO. 13,
PETRO, INC**

The Debtor, through her counsel, CASEY R. HEALEY, ESQ., hereby respectfully requests, pursuant to Bankruptcy Rule 3007, that this Court deny the Proof of Claim filed by Respondent on the following grounds:

1.  The Movant filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on August 22, 2017

2.  The bar date for filing claims in this case was set by the Court for December 28, 2017.

3.  On May 7, 2018, Petro, Inc., filed a proof of claim, claiming an amount due of $600 as a general unsecured claim for a heating oil delivery. (Claim #13 on the claims register, attached as Exhibit "A").

4.  Petro, Inc. was a listed creditor in the bankruptcy filing and was given proper notice of all filing dates and deadlines.

5.  Claim #13 of Petro Inc. is untimely, as the claim was filed nearly 6 months

past the claims deadline, and is prejudicial to other creditors, as inclusion of this claim in the unsecured pool would necessitate a modified Plan.

WHEREFORE, the Movant respectfully requests that this Court:

1. Determine that the Claim #13 of Petro, Inc. be disallowed in its entirety as an untimely claim.

2. Allow such other and further relief as the Court deems just and proper.

Dated at Cheshire, Connecticut this 8th day of May, 2018.

THE MOVANTS:

By: *Casey Healey* (signature)
Casey Healey, Esq. CT 27880
THE HEALEY LAW FIRM LLC
325 South Main Street, #3
Cheshire, CT 06410
Telephone: (203) 272-2000
Facsimile: (866) 359-4563
Email: chealey@healey-law.com
Attorney for Debtor

Connecticut Local Form 420B (Notice of Objection to Claim)             01/2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re: Carolyn Charles Carrington

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor(s)

Case No.: 17-31281

Chapter: 13

## NOTICE OF OBJECTION TO CLAIM

Carolyn Charles Carrington has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

[**Note to Objecting Party**: You must choose a response date that is at least thirty (30) days after the date the Objection to Claim is filed, unless otherwise ordered.]

If you do not want the Court to eliminate or change your claim, then on or before June 7, 2018 you or your lawyer must file with the Court a written response to the objection, explaining your position.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. Your response should be mailed to:

United States Bankruptcy Court
District of Connecticut
157 Church Street, New Haven CT 06510

A copy of your response should also be mailed to:

Casey R. Healey, Esq.
The Healey Law Firm, LLC
325 South Main Street, Ste. 3
Cheshire, CT 06410

(Objector and Objector's attorney, if applicable, name and address)

(Names and addresses of others to be served)

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date: May 8, 2018

Signature: *[signed]*

Name: Casey R. Healey, Esq.

Address: The Healey Law Firm, LLC
325 South Main Street, Ste. 3
Cheshire, CT 06410

Page 1 of 1

**Fill in this information to identify the case:**

Debtor 1: Carolyn Charles Carrington

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Connecticut

Case number: 17-31281

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Petro, Inc.
   Name of the current creditor (the person or entity to be paid for this claim)
   
   Other names the creditor used with the debtor: _____

2. **Has this claim been acquired from someone else?**
   ☑ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)
   
   Where should notices to the creditor be sent?
   Law Office of Gerald S. Knopf, LLC
   350 Bedford Street, Suite 403
   Stamford, CT 06901
   
   Contact phone: 203-327-0501
   Contact email: _____
   
   Where should payments to the creditor be sent? (if different)
   Name: _____
   Number Street: _____
   City State ZIP Code: _____
   Contact phone: _____
   Contact email: _____
   
   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

4. **Does this claim amend one already filed?**
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____ MM/DD/YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

**Part 2:   Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☑ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim?   $ _____600.00___. Does this amount include interest or other charges?
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Heating oil delivered and service agreement

9. Is all or part of the claim secured?
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   Nature of property:
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:                              $_____
   Amount of the claim that is secured:            $_____
   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:   $_____

   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. Is this claim subject to a right of setoff?
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410                          Proof of Claim                          page 2

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

☑ No
☐ Yes. Check one:

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   05/04/2018
                   MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name    Gerald S. Knopf
        First name    Middle name    Last name

Title   Attorney for Petro, Inc., Creditor

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address
        Number    Street

        City                          State    ZIP Code

Contact phone   203-327-0501          Email   gknopf@stamfordctattorney.com

| | | | | |
|---|---|---|---|---|
| Attorney Name: | Gerald S. Knopf | | | |
| Account Number/Name: | 402488 - CAROLYN CARRINGTON | Acquisition Date: | 8/21/1992 | |
| Division ID/Name: | 42 - New Haven | Termination Date: | 11/29/2013 | |
| Bankrupt: | False | Attorney Date: | 4/30/2014 | |
| Legal: | True | Last Payment Date: | 10/3/2013 | |
| Service Only: | False | Original Balance: | | $1,583.72 |
| Phone: | 2033891553 | | | |
| Billing Address: | 47 SENECA RD, NEW HAVEN CT 065151536 | | | |
| Delivery Address: | 47 SENECA RD NEW HAVEN | | | |
| Service Address: | 47 SENECA RD./NEW HAVEN CT | | | |

Contact:

| Type | Subtype | Contact |
|---|---|---|
| Phone # | Home Phone 1 | 2033891553 |
| Phone # | Cell | 2035082787 |
| E-mail | E-mail 1 | carrington.c12@comcast.net |

Transaction:

| Date | Posting Code | Ref # | Tank/Serv Location | Units | PPG | Gross Amount | Net Amount |
|---|---|---|---|---|---|---|---|
| 2/19/2013 | 71 - LATE FEE | 4875035 | 0/0 | | | $16.18 | $16.18 |
| 2/22/2013 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 22213 | 0/0 | | | -$232.82 | -$232.82 |
| 3/8/2013 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 3813 | 0/0 | | | -$232.82 | -$232.82 |
| 3/13/2013 | 32 - #2 HEATING OIL | 764258 | 1/0 | 105.30 | $4.2690 | $449.53 | $449.53 |
| 3/15/2013 | 71 - LATE FEE | 4881176 | 0/0 | | | $30.02 | $30.02 |
| 3/15/2013 | 71 - LATE FEE | 4881176 | 0/0 | | | -$30.02 | -$30.02 |
| 3/22/2013 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 32213 | 0/0 | | | -$232.82 | -$232.82 |
| 4/5/2013 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 4513 | 0/0 | | | -$232.82 | -$232.82 |
| 4/14/2013 | 71 - LATE FEE | 4888863 | 0/0 | | | $40.24 | $40.24 |
| 4/14/2013 | 71 - LATE FEE | 4888863 | 0/0 | | | -$40.24 | -$40.24 |
| 4/19/2013 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 41913 | 0/0 | | | -$232.82 | -$232.82 |
| 5/8/2013 | 32 - #2 HEATING OIL | 821050 | 1/0 | 146.60 | $4.1990 | $615.57 | $615.57 |
| 5/10/2013 | 71 - LATE FEE | 4895513 | 0/0 | | | $20.85 | $20.85 |
| 5/10/2013 | 71 - LATE FEE | 4895513 | 0/0 | | | -$20.85 | -$20.85 |
| 5/17/2013 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 51713 | 0/0 | | | -$237.00 | -$237.00 |
| 5/31/2013 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 53113 | 0/0 | | | -$237.00 | -$237.00 |
| 6/7/2013 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 6713 | 0/0 | | | -$237.00 | -$237.00 |
| 6/9/2013 | 71 - LATE FEE | 4903199 | 0/0 | | | -$30.43 | -$30.43 |
| 6/9/2013 | 71 - LATE FEE | 4903199 | 0/0 | | | $30.43 | $30.43 |
| 6/21/2013 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 62113 | 0/0 | | | -$237.00 | -$237.00 |
| 7/5/2013 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 7513 | 0/0 | | | -$237.00 | -$237.00 |
| 7/9/2013 | 71 - LATE FEE | 4910877 | 0/0 | | | -$18.96 | -$18.96 |
| 7/9/2013 | 71 - LATE FEE | 4910877 | 0/0 | | | $18.96 | $18.96 |
| 8/8/2013 | 71 - LATE FEE | 4918558 | 0/0 | | | -$15.30 | -$15.30 |
| 8/8/2013 | 71 - LATE FEE | 4918558 | 0/0 | | | $15.30 | $15.30 |
| 8/14/2013 | 109 - SERVICE AGREEMENT | 19219 | 1/0 | | | $406.90 | $432.74 |
| 9/7/2013 | 71 - LATE FEE | 4926240 | 0/0 | | | $16.32 | $16.32 |
| 9/7/2013 | 71 - LATE FEE | 4926240 | 0/0 | | | -$16.32 | -$16.32 |
| 9/26/2013 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 92613 | 0/0 | | | -$100.00 | -$100.00 |
| 10/3/2013 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 10313 | 0/0 | | | -$100.00 | -$100.00 |
| 10/3/2013 | 81 - RETURNED CHECK | 10313 | 0/0 | | | $100.00 | $100.00 |
| 10/3/2013 | 82 - RETURNED CHECK FEE | 10313 | 0/0 | | | $25.00 | $25.00 |
| 10/7/2013 | 71 - LATE FEE | 4933916 | 0/0 | | | $24.64 | $24.64 |
| 11/6/2013 | 71 - LATE FEE | 4941598 | 0/0 | | | $20.09 | $20.09 |
| 12/9/2013 | 71 - LATE FEE | 4949278 | 0/0 | | | $19.80 | $19.80 |
| 4/24/2014 | 232 - BALANCE ASSIGNED 3RD PARTY | 1 | 0/0 | | | -$1,583.72 | -$1,583.72 |

| Date | Description | Ref | Qty | Gallons | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 2/19/2013 | 71 - LATE FEE | 4875035 | 0/0 | | | -$16.18 | -$16.18 |
| 2/15/2013 | 32 - #2 HEATING OIL | 738877 | 1/0 | 127.50 | $4.2690 | $544.30 | $544.30 |
| 2/8/2013 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 2813 | 0/0 | | | -$232.82 | -$232.82 |
| 1/23/2013 | 71 - LATE FEE | 4868105 | 0/0 | | | -$5.83 | -$5.83 |
| 1/23/2013 | 71 - LATE FEE | 4868105 | 0/0 | | | $5.83 | $5.83 |
| 1/21/2013 | 32 - #2 HEATING OIL | 713375 | 1/0 | 183.00 | $4.2490 | $777.57 | $777.57 |
| 1/12/2013 | 71 - LATE FEE | 4865312 | 0/0 | | | $21.43 | $21.43 |
| 1/12/2013 | 71 - LATE FEE | 4865312 | 0/0 | | | -$21.43 | -$21.43 |
| 12/13/2012 | 71 - LATE FEE | 4857617 | 0/0 | | | -$5.78 | -$5.78 |
| 12/13/2012 | 71 - LATE FEE | 4857617 | 0/0 | | | $5.78 | $5.78 |
| 12/11/2012 | 32 - #2 HEATING OIL | 672452 | 1/0 | 153.50 | $4.0990 | $629.20 | $629.20 |
| 11/26/2012 | 71 - LATE FEE | 4853276 | 0/0 | | | $13.32 | $13.32 |
| 11/26/2012 | 71 - LATE FEE | 4853276 | 0/0 | | | -$13.32 | -$13.32 |
| 11/16/2012 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 111612 | 0/0 | | | -$250.00 | -$250.00 |
| 11/2/2012 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 11212 | 0/0 | | | -$250.00 | -$250.00 |
| 10/27/2012 | 71 - LATE FEE | 4845571 | 0/0 | | | $0.78 | $0.78 |
| 10/26/2012 | 71 - LATE FEE | 4845342 | 0/0 | | | $14.82 | $14.82 |
| 10/26/2012 | 32 - #2 HEATING OIL | 626559 | 1/0 | 167.60 | $4.0490 | $678.61 | $678.61 |
| 10/22/2012 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 102212 | 0/0 | | | -$550.00 | -$550.00 |
| 9/26/2012 | 71 - LATE FEE | 4837645 | 0/0 | | | $12.85 | $12.85 |
| 8/16/2012 | 109 - SERVICE AGREEMENT | 18856 | 0/1 | | | $406.90 | $432.74 |
| 5/23/2012 | 32 - #2 HEATING OIL | 470604 | 1/0 | 146.90 | $4.3390 | $637.40 | $637.40 |
| 5/22/2012 | 212 - CREDIT CARD PAYMENT-THANK YOU | 52212 | 0/0 | | | -$986.75 | -$986.75 |
| 5/18/2012 | 171 - EARLY TERMINATION FEE | | 0/0 | | | $399.00 | $399.00 |
| 5/18/2012 | 171 - EARLY TERMINATION FEE | | 0/0 | | | -$399.00 | -$399.00 |
| 4/24/2012 | 71 - LATE FEE | 4797971 | 0/0 | | | $12.39 | $12.39 |
| 3/23/2012 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 32312 | 0/0 | | | -$690.00 | -$690.00 |
| 3/5/2012 | 32 - #2 HEATING OIL | 391361 | 1/0 | 103.30 | $4.3390 | $448.22 | $448.22 |
| 2/26/2012 | 71 - LATE FEE | 4783131 | 0/0 | | | $9.92 | $9.92 |
| 2/15/2012 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 21512 | 0/0 | | | -$275.00 | -$275.00 |
| 2/6/2012 | 32 - #2 HEATING OIL | 364153 | 1/0 | 119.00 | $4.3390 | $516.34 | $516.34 |
| 1/19/2012 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 11912 | 0/0 | | | -$275.00 | -$275.00 |
| 1/12/2012 | 2 - #2 HEATING OIL | 16601 | 1/0 | (128.50) | $4.5990 | -$590.97 | -$590.97 |
| 1/12/2012 | 2 - #2 HEATING OIL | 338598 | 2/0 | 128.50 | $4.5990 | $590.97 | $590.97 |
| 1/7/2012 | 32 - #2 HEATING OIL | 334189 | 1/0 | 125.90 | $4.3290 | $545.02 | $545.02 |
| 1/5/2012 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 1512 | 0/0 | | | -$500.00 | -$500.00 |
| 12/23/2011 | 71 - LATE FEE | 4766472 | 0/0 | | | $9.06 | $9.06 |

| Date | Description | Ref # | Qty | Units | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/19/2011 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 121911 | 0/0 | | | -$500.00 | -$500.00 |
| 12/5/2011 | 221 - PAYMENT - THANK YOU | | 0/0 | | | -$500.00 | -$500.00 |
| 12/3/2011 | 32 - #2 HEATING OIL | 299091 | 1/0 | 134.30 | $4.1290 | $554.52 | $554.52 |
| 11/6/2011 | 71 - LATE FEE | 4754456 | 0/0 | | | $9.72 | $9.72 |
| 10/29/2011 | 32 - #2 HEATING OIL | 263704 | 2/0 | 150.00 | $3.8990 | $584.85 | $584.85 |
| 10/17/2011 | 2 - #2 HEATING OIL | 252081 | 1/0 | 169.80 | $3.8990 | $662.05 | $662.05 |
| 10/12/2011 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 101211 | 0/0 | | | -$375.00 | -$375.00 |
| 9/26/2011 | 71 - LATE FEE | 4743964 | 0/0 | | | $4.20 | $4.20 |
| 8/27/2011 | 71 - LATE FEE | 4736288 | 0/0 | | | $5.15 | $5.15 |
| 8/16/2011 | 109 - SERVICE AGREEMENT | 18490 | 0/1 | | | $406.90 | $432.74 |
| 8/2/2011 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 8211 | 0/0 | | | -$150.00 | -$150.00 |
| 7/28/2011 | 71 - LATE FEE | 4728597 | 0/0 | | | $11.22 | $11.22 |
| 5/25/2011 | 227 - ACH/DEBIT PAYMENT - THANK YOU | 52511 | 0/0 | | | -$400.00 | -$400.00 |
| 5/9/2011 | 32 - #2 HEATING OIL | 90592 | 1/0 | 130.00 | $3.4590 | $449.67 | $449.67 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re:  CAROLYN CHARLES CARRINGTON | : | CHAPTER 13 |
| | : | |
| Debtors | : | |
| | : | Case No. 17-31281 |
| | : | |
| CAROLYN CHARLES CARRINGTON | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| PROOF OF CLAIM #13 | : | |
| PETRO, INC. | : | |
| Respondent | : | Dated: MAY 8, 2018 |

## ORDER ON OBJECTION TO PROOF OF CLAIM NO. 13, PETRO, INC

The foregoing Objection to Proof of Claim filed by the Debtor, having been heard and good cause appearing for the granting thereof, it is hereby

ORDERED, that the Objection to Proof of Claim #13 filed by Petro, Inc. is thereby sustained and the said claim is disallowed as untimely.

Dated at New Haven, Connecticut this _____ day of 2018.

BY THE COURT

_____
Honorable Ann M. Nevins
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In Re: CAROLYN CHARLES CARRINGTON : CHAPTER 13

Debtors

Case No. 17-31281

CAROLYN CHARLES CARRINGTON
    Movant

vs.

PROOF OF CLAIM #13
PETRO, INC.
    Respondent

Dated: MAY 7, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May 2018, I served a copy of the Objection to Proof of Claim No. 13, Petro Inc. via US Mail Postage prepaid unless indicated otherwise, on the following:

Carolyn Carrington
47 Seneca Road
New Haven, CT 06515
(via first class mail)

Kevin J. Burns
Cohen, Burns, Hard and Paul
81 South Main Street, 2nd floor
West Hartford, CT 06107
(via ECF)

JoAnn C. Silvia
Michalik, Bauer, Silvia &
Ciccarillo, LLP
35 Pearl Street, Ste. 300
New Britain, CT 06051
(via ECF)

Sara Gould
Bendett & McHugh, P.C.
270 Farmington Avenue, Ste. 151
Farmington, CT 06032
(via ECF)

Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
( via ECF)

Roberta Napolitano, CH. 13 Trustee
10 Columbus Blvd., 6th floor
Hartford, CT 06106
(via ECF)